DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARSEL PETERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1836

[June 27, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 03-12651CF10B.

Marsel Peterson, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***